# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: R.N. | : No. 86 MM 2014 |
| | : |
| | : |
| PETITION OF: R.N. AND N.N., | : |
| ADOPTIVE FATHER AND MOTHER | : |
| | |
| IN RE: R.N. | : No. 87 MM 2014 |
| | : |
| | : |
| PETITION OF: R.N. AND N.N., | : |
| ADOPTIVE FATHER AND MOTHER | : |
| | |
| IN RE: K.N. | : No. 88 MM 2014 |
| | : |
| | : |
| PETITION OF: R.N. AND N.N., | : |
| ADOPTIVE FATHER AND MOTHER | : |
| | |
| IN RE: G.N. | : No. 89 MM 2014 |
| | : |
| | : |
| PETITION OF: R.N. AND N.N., | : |
| ADOPTIVE FATHER AND MOTHER | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of July, 2014, the Application for Extraordinary Relief, the Application for Leave to Amend, the "Application for Leave to File Post-Submission Communication," and the "Application for Leave to Respond to all Prior Answers Filed by Respondents" are **DENIED**.